**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-6361**

———————

AKBAR SHARRIF ABU-SHABAZZ, a/k/a Charles2 x
Cox,

Plaintiff - Appellant,

versus

WILLIAM W. SONDERVAN, Commissioner; ROBERT J.
KUPEC, ECI Warden; GEORGE KALOROUMAKIS, ECI
Assistant Warden; RONALD B. DRYDEN, ECI Chief
of Security; CHRIS TYLER, Administrative Aide;
GENE HOWE, ECI ARC Officer; ROBERT HUTCHINSON,
MHC Warden; JOSEPH P. SACCHET, MHC Warden;
PRISON HEALTH SERVICE, INCORPORATED; R. KNORR,
RCI Protestant Chaplain; DOCTOR BERGMAN,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Alexander Williams, Jr., District Judge.
(CA-03-1012-8-AW)

———————

Submitted: May 13, 2004                    Decided:  May 20, 2004

———————

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Akbar Sharrif Abu-Shabazz, Appellant Pro Se. John Joseph Curran,
Jr., Attorney General, Glenn William Bell, OFFICE OF THE ATTORNEY

GENERAL OF MARYLAND, Baltimore, Maryland; Donald Joseph Crawford, ALDELMAN, SHEFF & SMITH, Rockville, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Akbar Sharrif Abu-Shabazz appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Abu-Shabazz v. Sondervan, No. CA-03-1012-8-AW (D. Md. filed Feb. 17, 2004 & entered Feb. 18, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED